UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, et al.<br><br>Plaintiffs<br><br>v.<br><br>RONALD S. GALLAGHER, et ux., dba R & R FAB & CRANE<br><br>Defendant | NO. CV12-2033 MJP<br><br>ORDER TO COMPEL PRODUCTION OF RECORDS |

Pursuant to Plaintiff Trust Funds' Motion for entry of an Order to Compel Production of Records, and the Court having considered the pleadings on file, including the declaration of Mary L. Stoll and, given that Defendant Ronald S. Gallagher, et ux., dba R & R Fab & Crane has failed to respond as required by FRCP 34 to Plaintiffs discovery requests, and, being otherwise generally advised, it is hereby

/ / /

/ / /

ORDER TO COMPEL
PRODUCTION OF RECORDS—1
Case No. CV12-2033 MJP

**ORDERED** that Defendant shall produce and make available for inspection all payroll records covering the period March 2009 forward. The records to be made available include, but are not limited to:

1. Time cards and time books;

2. Check registers, check stubs, bank statements, and canceled checks;

3. Payroll journals and cash disbursements journals;

4. Earning record cards, compensation records, or other such forms that reflect each employee's payment history;

5. Payroll tax reports to Federal and State agencies, including

    (a) Form 941—Quarterly Reports to Internal Revenue Service (Social Security);

    (b) Forms SF 7578—Quarterly Reports to State Department of Labor & Industries (Industrial Insurance);

    (c) Form 5208—Quarterly Reports to State Employment Security Department (Unemployment Compensation);

    (d) Form W-2—Annual Wage and Tax Statement; and

    (e) Form W-4—Employee's Withholding Allowance Certificate.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER TO COMPEL
PRODUCTION OF RECORDS—2
Case No. CV12-2033 MJP

1  **IT IS FURTHER ORDERED** that Defendant shall contact Plaintiffs' Auditors,
2  Clifton Larsen Allen, LLP, telephone 425-250-6100, no later than two weeks from the date this
3  Order is served on Defendant, to arrange a mutually convenient time a location for auditors'
4  inspection of Defendants' payroll records.  The clerk is ordered to provide copies of this order to
5  all counsel.

DATED April 3, 2013

*[signature]*

Marsha J. Pechman
Chief United States District Judge

Presented by:

s/ Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
Law Offices of Mary L. Stoll, PLLC
2033 Sixth Avenue — Suite 993
Seattle WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

ORDER TO COMPEL
PRODUCTION OF RECORDS—3
Case No. CV12-2033 MJP